UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:

CARLOS O. VIZCARRA
JANICE K. VIZCARRA,                         Bankruptcy Case No. 10-31809-DSO
                                            Chapter 7
       Debtor(s)                      Hon. Daniel S. Opperman
_____/


NOTICE OF UNCLAIMED DIVIDENDS


TO THE CLERK OF THE COURT:

     The attached check in the amount of $7.28 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a) .The name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| American Infosource | 1 | $2.90 |
| Chase Bank, USA | 3 | $4.38 |


Dated:  March 21, 2011             /s/ Samuel D. Sweet_
                                Samuel D. Sweet, Chapter 7 Trustee
                                P.O. Box    757
                                Ortonville, MI 48462-0757
                                248-236-0985
                                ssweet@trusteesweet.us